**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-00427-MSK-MJW

**DELILIAH QUINTANA, as guardian of
JOHN P. CRESPIN, III, a Minor,**

    Plaintiffs,

**DENVER POLICE OFFICERS STEVEN CASTRO, individually and severally;
TODD E. ALLUM, individually and severally;
ERIC J. SELLARS, individually and severally;
JOEY GASCA, individually and severally;
DENVER POLICE DEPARTMENT; and
CITY AND COUNTY OF DENVER,**

    Defendants.

**MINUTE ORDER**

It is hereby ORDERED that the Defendants' Unopposed Motion to Vacate and Reset Scheduling Conference, DN 11, filed with the Court on May 14, 2009, is GRANTED and the Scheduling Conference currently set for May 28, 2009, is hereby **VACATED** and **RESET** on June 5, 2009, at 8:00 a.m., in Courtroom A-502.  The proposed Scheduling Order and Confidential Settlement Statements shall be filed **on or before** June 1, 2009.

All other terms of the Court's May 6, 2009 Order, shall remain in effect.

Date:  May 15, 2009