IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00427-MSK-MJW

JOHN P. CRESPIN, III,

    Plaintiff,

v.

DENVER POLICE OFFICERS STEVEN CASTRO, individually and severally;
TODD E. ALLUM, individually and severally;
ERIC J. SELLARS, individually and severally; and
CITY AND COUNTY OF DENVER,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER comes before the Court on a pleading captioned an Amended Stipulated Dismissal with Prejudice **(#80)** filed January 30, 2012. The filing party selected to file the stipulation as a motion. The motion is **GRANTED** and this action is dismissed, with prejudice, each party to pay his, her or its own attorney's fees and costs. In the event City Council does not approve the settlement, Plaintiff may seek reconsideration of the dismissal. The Clerk is directed to close this case.

DATED this 31st day of January, 2012.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge